UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

H. M. Caplan,

    Plaintiff(s),

vs.                                                           CASE NO: 9:23-CV-81351-DMM

Eisenback's Auto Service, LLC et al,

    Defendant(s),
_____/

## **REPORT OF MEDIATOR**

    The undersigned, Christopher E. Benjamin, Esq., Mediator from Salmon & Dulberg Dispute Resolution, hereby reports to this Honorable Court that a mediation conference in this cause was held on: 12/20/2023.  The results of the Mediation Conference are as follows:

☐ All required parties were present *or*.

☐ The following required parties were not present: _____

☒ An agreement was reached.

☐ A **confidential** settlement agreement was reached.

☐ No agreement was reached.

☐ The parties have agreed to adjourn and reconvene at a later date to continue the mediation. The Court will be notified of the continuation date.

☐ The parties have agreed to continue negotiating with the assistance of the mediator.

☐ If no further Report of Mediator is filed on or before _____, the Court shall presume that no agreement has been reached.

☐ Other: _____.

Respectfully Submitted:

 /s/ Christopher E. Benjamin
Christopher E. Benjamin, Esq.
Florida Bar Number: 561029
John W. Salmon, Esq.
Florida Bar Number: 271756
John@sd-adr.com, service@sd-adr.com
Salmon & Dulberg Dispute Resolution
1395 Brickell Avenue, Suite 800, Miami, Florida 33131
Telephone: (305) 371-5490

Copies furnished to: All Counsel of Record