**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 9:23-cv-81351-DMM

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

EISENBACK'S AUTO SERVICE, LLC, a Florida Limited Liability Company and SCP 106 COMMERCE WAY, LLC, a Florida Limited Liability Company,

    Defendants.
_____/

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, HOWARD MICHAEL CAPLAN, and Defendants, EISENBACK'S AUTO SERVICE, LLC and SCP 106 COMMERCE WAY, LLC (hereafter, "the Parties"), by and through their undersigned attorneys, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby jointly stipulate to a dismissal of this action with prejudice. All Parties shall bear their own attorneys' fees, costs and expenses other than those specified in a Confidential Settlement Agreement, and other than enforcement of said settlement agreement, agree not to file any additional motions in this matter. The Court retains jurisdiction to enforce the terms of the Parties' Confidential Settlement Agreement. This stipulation is contingent on the Court retaining jurisdiction to enforce the terms of the Parties' Confidential Settlement Agreement. All Parties consent to the form and content of this Stipulation and Order.

Respectfully submitted,

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., # 757
Hallandale, FL 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff

By: *George E. Harris*
George E. Harris, Esq.
Florida Bar No. 181041
LAW OFFICES OF GEORGE E. HARRIS, P.A.
11380 Prosperity Farms Road, Suite 201
Palm Beach Gardens, FL 33410
Telephone: (561) 622-7755 ext. 107
Facsimile: (561) 622-8422
Email: george@georgeharrislaw.com
Attorney for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:23-cv-81351-DMM

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

EISENBACK'S AUTO SERVICE, LLC, a Florida Limited Liability Company and SCP 106 COMMERCE WAY, LLC, a Florida Limited Liability Company

    Defendants.
_____/

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on January 08, 2024, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., # 757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff