UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-81351-CV-Middlebrooks

HOWARD MICHAEL CAPLAN,

    Plaintiff,

v.

EISENBACK'S AUTO SERVICE, LLC,
*A Florida Limited Liability Company*, and
SCP 106 COMMERCE WAY, LLC, *a Florida Limited Liability Company*,

    Defendants.

_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court on the Parties' Joint Stipulation of Dismissal with Prejudice, filed on January 8, 2024. (DE 18). The Court congratulates the Parties on their amicable resolution of this matter. I note that the Parties' Stipulation is not self-executing, but rather conditioned upon the Court's reservation of jurisdiction to enforce the terms of the Parties' settlement agreement. Therefore, I will retain jurisdiction consistent with the terms of *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) The above-styled action is **DISMISSED WITH PREJUDICE**.

(2) The Clerk of Court shall **CLOSE THIS CASE**.

(3) Any pending motions are **DENIED AS MOOT**.

(4) Each Party shall bear its own fees and costs.

(5) Pursuant to the Parties' request, I will reserve jurisdiction, for a period of six months, or until July 9, 2024, to enforce the terms of the Parties' Settlement Agreement.

**SIGNED** in Chambers, at West Palm Beach, Florida, this 9th day of January, 2024.

_____
Donald M. Middlebrooks
United States District Judge